# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE DAVID T. SCHULTZ |
| v. | U.S. MAGISTRATE JUDGE |
| MEKFIRA HUSSEIN (1), | |
| Defendant. | |

Case No: 22-cr-277(1) (NEB/DTS)
Date: September 12, 2024
Courthouse: Minneapolis
Courtroom: Courtroom 9E
Court Reporter: Paula Richter
Time Commenced: 10:20 AM
Time Concluded: 10:22 AM
Time in Court: 2 Minutes

APPEARANCES:

　　Plaintiff:　Matthew Ebert, Assistant U.S. Attorney
　　Defendant:　Jason Steck, Retained Counsel

X Reading of Indictment Waived

X Not Guilty Plea Entered

　　　　　　　　　　　　　　　　　　　　/s ALS
　　　　　　　　　　　　　　　　　　　　Law Clerk