# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ABDULJABAR HUSSEIN (2),<br><br>    Defendant. | COURT MINUTES - CRIMINAL<br>BEFORE DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No:         22-cr-277(2) (NEB/DTS)<br>Date:            September 12, 2024<br>Courthouse:      Minneapolis<br>Courtroom:       Courtroom 9E<br>Court Reporter:  Paula Richter<br>Time Commenced:  10:22 AM<br>Time Concluded:  10:24 AM<br>Time in Court:   2 Minutes |

APPEARANCES:

  Plaintiff:   Matthew Ebert, Assistant U.S. Attorney
  Defendant:   Debra Jean Hilstrom, Retained Counsel


X Reading of Indictment Waived

X Not Guilty Plea Entered


                                                            /s ALS
                                                            Law Clerk