# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDULJABAR HUSSEIN,

Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 22-cr-277 (2) (NEB/DTS)
Date: September 8, 2026
Courthouse: Minneapolis
Courtroom: 13W
Court Reporter: Renee Rogge
Time Commenced: 4:39 p.m.
Time Concluded: 5:02 p.m.
Time in Court: 23 minutes

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

For Plaintiff: Austin Bowyer, Assistant U.S. Attorney
For Defendant: Debra Hillstrom, Retained Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 40 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $8,886,380 is due immediately.
☒ Special assessment in the amount of $100.00 is due immediately.
☒ Counts 2-8, 9, 13-14, 16, and 18-20 are dismissed by motion of the Government.
☒ The sealed and restricted filings at ECF Nos. 164 and 170-171 shall remain sealed or restricted for 5 years (9/8/31).
☒ Defendant is released on his bond conditions. Defendant shall voluntarily surrender to her place of confinement on 11/19/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 11/19/26 by 12:00 p.m.

Date: September 8, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel